IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:17-CV-340-GCM

FEDERAL TRADE COMMISSION, )
        Plaintiff, )
 )
v. )
 )
ACDI GROUP, LLC, *et al,* )
        Defendants. )

## **ORDER**

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **May 14, 2018.**

IT IS SO ORDERED.

Signed: January 26, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge