IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:17-CV-340-GCM

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACDI GROUP, LLC, *et al,* | ) |
| Defendants. | ) |

# **ORDER**

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **July 16, 2018.**

IT IS SO ORDERED.

Signed: April 9, 2018

Graham C. Mullen
United States District Judge