# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-cv-340-GCM

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **ANTHONY SWATSWORTH,** <br> **ACDI GROUP, LLC, and** <br> **SOLUTIONS TO PORTFOLIOS, LLC,** | |
| Defendants. | |

**THIS MATTER** is before the Court on the Motion for Summary Judgment (Doc. No. 24) filed on November 16, 2018 by Plaintiff Federal Trade Commission.

The Court hereby **ORDERS** supplemental briefing on the following issue: whether each Defendant qualifies as a "debt collector" for purposes of the FDCPA under 15 U.S.C. § 1692a(6) and in light of the decision of the Supreme Court of the United States in *Henson v. Santander Consumer USA, Inc.*, -- U.S. --, 137 S. Ct. 1718 (2017).

Each party shall submit one brief within fourteen (14) days of the date of this Order. Each brief shall be no more than five (5) pages in length. There will be no opportunity for response or reply briefs.

**SO ORDERED.**

Signed: May 3, 2018

Graham C. Mullen
United States District Judge