**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:17-cv-340-GCM**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ANTHONY SWATSWORTH,** | ) | |
| *et al,* | ) | |
| **Defendants.** | ) | |

      THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, the trial in this matter is continued, with a specific date to be determined at a later time.

      IT IS SO ORDERED.

Signed: August 7, 2018

Graham C. Mullen
United States District Judge