# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-cv-340-GCM

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHONY SWATSWORTH,<br>ACDI GROUP, LLC, and<br>SOLUTIONS TO PORTFOLIOS, LLC,<br><br>        Defendants. | ORDER |

**THIS MATTER** is before the Court on the Motion for Summary Judgment (Doc. No. 24) filed by Plaintiff Federal Trade Commission. The proposed injunctive relief sought by the FTC appears overly broad and unnecessarily restrictive, and the Court therefore **ORDERS** that a hearing shall be held to discuss the appropriate scope of the remedy in this matter. The hearing shall occur on August 21, 2018 at 10:30am in the Charlotte courthouse. Chambers will notify counsel in advance of the hearing of which courtroom will be used.

**SO ORDERED.**

Signed: August 8, 2018

Graham C. Mullen
United States District Judge