# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-cv-340-GCM

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **ANTHONY SWATSWORTH,** <br> **ACDI GROUP, LLC, and** <br> **SOLUTIONS TO PORTFOLIOS, LLC,** <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Motion for Summary Judgment (Doc. No. 24) filed by Plaintiff Federal Trade Commission. The Court hereby **RESETS** the date of the hearing in this matter to Thursday, August 23, 2018 at 10:30am in Courtroom 2-2.

**SO ORDERED.**

Signed: August 9, 2018

Graham C. Mullen
United States District Judge