# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-cv-340-GCM

**FEDERAL TRADE COMMISSION,**

      Plaintiff,

v.

**ANTHONY SWATSWORTH,
ACDI GROUP, LLC, and
SOLUTIONS TO PORTFOLIOS, LLC,**

      Defendants.

**ORDER**

**THIS MATTER** is before the Court on the Motion for Summary Judgment (Doc. No. 24). In light of the hearing held in this matter on August 23, 2018, the Court hereby directs the following:

1. Defendants are jointly and severally liable for the repayment of the $30,397.29 obtained from consumers in this matter. Defendants shall bear the costs of providing reimbursement directly to the consumers. Defendants shall immediately proceed with reimbursement and provide the Court and the Plaintiff with a status update on or before September 6, 2018;

2. Defendants shall file a brief of no more than ten (10) pages on the applicability of a permanent injunction in this matter on or before September 6, 2018. Plaintiff shall file a response brief of no more than ten (10) pages on or before September 13, 2018; and

3. The parties shall attempt to negotiate a resolution to this matter in good faith.

**SO ORDERED.**

Signed: August 24, 2018

Graham C. Mullen
United States District Judge