IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00340-GCM

| FEDERAL TRADE COMMISSION, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| ACDI GROUP, LLC<br>ANTHONY SWATSWORTH<br>SOLUTIONS TO PORTFOLIOS, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon the Plaintiff's Motion to Seal Docket Entry 60-1. (Doc. No. 60-1).

When a party makes a request to seal judicial records, the Court must (1) give the public notice and a reasonable opportunity to challenge the request to seal; (2) "consider less drastic alternatives to sealing;" and (3) if it decides to seal, make specific findings and state the reasons for its decision to seal rather than choosing other alternatives. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 576 (4th Cir. 2004). In accordance with the law of this Circuit as well as the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The public has been provided with adequate notice and an opportunity to object to the Plaintiff's motion. Plaintiff filed the motion on September 11, 2018 and it has been accessible to the public through the Court's electronic case filing system since that time. The Court determines that no less restrictive means other than sealing is sufficient because a public filing of such materials would reveal personal information of third parties including names, telephone numbers, email addresses, and other such

1

information. The Court concludes that the sealing of this document is narrowly tailored to serve the interest of protecting the information of the third parties.

IT IS THEREFORE ORDERED that the Plaintiff's Motion to Seal is hereby **GRANTED**, and the following document shall be filed under seal until further Order of this Court: Docket Entry 60-1.

Signed: September 19, 2018

Graham C. Mullen
United States District Judge