# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 3:17-cv-00340-GCM |
| **ANTHONY SWATSWORTH,** | ) |
| **ACDI GROUP, LLC, and** | ) |
| **SOLUTIONS TO PORTFOLIOS, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on its own Motion. On December 2, 2019, the Court issued an Order for Permanent Injunction and Judgment ("Judgment Order") (Doc. No. 69). In the Judgment Order, the Court stated that a copy of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692(p) would be attached as Attachment A, but, due to an administrative error, no copy was attached. (Doc. No. 69, at 6).

**IT IS THEREFORE ORDERED** that Attachment A to this Order be attached as Attachment A to the Judgment Order.

**SO ORDERED.**

Signed: December 10, 2019

Graham C. Mullen
United States District Judge